Alan C. Bryan, Esq.
Crowley, Haughey, Hanson,
    Toole & Dietrich PLLP
490 North 31st Street
P.O. Box 2529
Billings, MT      59103-2529
Telephone   (406) 255-7308
Facsimile    (406) 256-0277
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **GLEN E. SMITH, JR, RECEIVER FOR WEBB FINANCIAL GROUP, INC.; FRANKLIN ASSET EXCHANGE, LLC AND DISCIPLES LIMITED, LLC**<br><br>    **Plaintiffs,**<br>v.<br><br>**BULL MOUNTAIN COAL PROPERTIES, INC., AIRLIE OPPORTUNITY FUND CAYMAN, LTD., AIRLIE OPPORTUNITY MASTER FUND, LTD., AIRLIE OPPORTUNITY FUND, L.P., AIRLIE OPPORTUNITY CAPITAL MANAGEMENT, L.P., and AIRLIE OPPORTUNITY CAPITAL MANAGEMENT, LLC.**<br><br>    **Defendants.** | **Cause No. CV-06-169-BLG-RFC-RWA**<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT, AIRLIE OPPORTUNITY FUND CAYMAN, LTD.** |

    Plaintiffs, Counterclaim Defendants, Glen E. Smith, Jr., Receiver for Webb Financial Group, Inc.; Franklin Asset Exchange, LLC and Disciples Limited, LLC (collectively "Webb Parties"), by and through their

attorneys of record, Crowley, Haughey, Hanson, Toole & Dietrich P.L.L.P., as well as co-counsel admitted in this action *pro hac vice,* hereby file this Application For Entry of Default against the Defendant, Airlie Opportunity Fund Cayman, Ltd. ("Defaulting Party").

This Application against the Defaulting Party is based upon the due issuance and personal service of the Summons, Complaint and First Amended Complaint heretofore filed in this cause, on the Defendant, Airlie Opportunity Fund Cayman, Ltd. on February 26, 2007, as reflected by the Affidavit of Service filed with this Court [Doc. No. 28], which required the Defendant, Airlie Opportunity Fund Cayman, Ltd. to plead or otherwise defend no later than 20 days after the service of the Summons, Complaint and First Amended Complaint upon the said Defaulting Party.

The Defendant, Airlie Opportunity Fund Cayman, Ltd. has failed to plead or otherwise defend the above-entitled action as provided by the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff hereby requests the Clerk of this Court to file an Entry of Default against the Defendants, Airlie Opportunity Fund Cayman, Ltd. forthwith.

Dated this 23rd day of March, 2007.

    Respectfully Submitted,


    /s/ Gregory Bartko, Esq.
    Gregory Bartko, Esq.**
    Law Office Of Gregory Bartko
    Georgia Bar No. 040476
    3475 Lenox Road
    Suite 400
    Atlanta, Georgia 30326
    404-238-0550
    gbartko@mindspring.com
    Attorneys for Plaintiffs


    /s/ J. Wesley Covington, Esq.
    J. Wesley Covington, Esq.**
    Bryant, Patterson,
    Covington, Idol & Lewis, P.A.
    P.O. Box 341
    Durham, North Carolina 27702
    919-688-6341
    Attorneys for Plaintiffs


    /s/ Alan C. Bryan
    Alan C. Bryan, Esq.*
    Crowley, Haughey, Hanson,
    Toole & Dietrich, PLLP
    490 North 31st Street
    P.O. Box 2529
    Billings, Montana 59103-2529
    Phone: (406) 259-4159
    Attorneys for Plaintiffs

*Local counsel
** Admitted pro hac vice.

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 23, 2007, a copy of the foregoing document was served on the following persons by the following means:

 All   CM/ECF
_____Hand Delivery
_____Mail
_____Overnight Delivery service
_____Fax
_____E-Mail

1.    Clerk, U.S. District Court

2.    J. Daniel Hoven
      Leo Berry
      Oliver H. Goe
      Chad R. Vanisko
      Browning, Kaleczyc, Berry & Hoven, P.C.
      Attorneys at Law
      139 N. Last Chance Gulch
      P.O. Box 1697
      Helena, MT  59624

3.    Jonathan N. Helfat, Esq., and
      Stan Lane, Esq.
      Otterbourg, Steindler, Houston & Rosen, P.C.
      230 Park Avenue
      New York, New York  10169-0075
      Attorneys for Defendants Bull Mountain Coal Properties, Inc.,
      Airlie Opportunity Master Fund, Ltd.,
      Airlie Opportunity Fund, L.P.,
      Airlie Opportunity Capital Management, L.P.,
      Airlie Opportunity Capital Management, LLC

                                    /s/ Gregory Bartko, Esq.
                                    Gregory Bartko, Esq.**
                                    Law Office Of Gregory Bartko
                                    Georgia Bar No. 040476
                                    3475 Lenox Road
                                    Suite 400

Application For Default                          4

Atlanta, Georgia 30326
404-238-0550
gbartko@mindspring.com
Attorneys for Plaintiffs